1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        Email:  chris.kaltsas2@usdoj.gov
8
   Attorneys for United States of America

9
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 20-0691 KAW |
| Plaintiff, | |
| v. | WARRANT OF ARREST OF PROPERTY *IN REM* |
| APPROXIMATELY $18,100 IN U.S. CURRENCY, | |
| and | |
| APPROXIMATELY $72,960 IN U.S. CURRENCY, | |
| Defendants. | |

TO:  ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF DRUG ENFORCEMENT ADMINISTRATION

YOU ARE HEREBY COMMANDED to arrest and seize the defendants, approximately $18,100 in United States Currency and approximately $72,960 in United States Currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described properties which are the subject of this action shall file their

Warrant of Arrest of Property *IN REM*
CV 20-0691 KAW

1

claims with Clerk of the Court, Northern District of California, 1301 Clay Street, 400S, Oakland, California 94612 and serve a copy thereof upon the United States Attorney, Attention: Chris Kaltsas, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within such additional time as may be allowed by the Court.

      Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, 400S, Oakland, California 94612 and copies should be served on Chris Kaltsas, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

SUSAN Y. SOONG
United States District Clerk
*Susan Y. Soong*

Dated: 2/3/2020

By: *Jorden Burger*

Warrant of Arrest of Property *IN REM*
CV 20-0691 KAW

2